IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

PEBBLE LIMITED PARTNERSHIP, )
)
        Plaintiff, )
)
vs. )
)
ENVIRONMENTAL PROTECTION )
AGENCY, et al., )
) No. 3:14-cv-0171-HRH
        Defendants. )
_____)

O R D E R

Motion for Expedited Discovery and
Application to Serve Third-party Subpoena[1]

Plaintiff has moved for expedited discovery and applied to serve a third-party subpoena under Rules 26(d) and 45 of the Federal Rules of Civil Procedure. Defendants have stated that they do not take a position on the present motion.

The court finds that plaintiff has shown good cause for conducting expedited discovery. Plaintiff may serve a subpoena on third-party Alaska Communications Service for the production of documents pertaining to the e-mail accounts of Phil North and Geoffrey (Jeff) Parker, with production not to be required prior to the commencement of pre-trial discovery in this case.

Dated at Anchorage, Alaska, this 31st day of March, 2015.

                /s/ H. Russel Holland
                United States District Judge

---

[1] Docket No. 112.

Order – Motion for Expedited Discovery and
Application to Serve Third-party Subpoena                 - 1 -