IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PEBBLE LIMITED PARTNERSHIP      v. | ENVIRONMENTAL PROTECTION AGENCY, et al. |
| JUDGE H. RUSSEL HOLLAND | CASE NO.   3:14-cv-0171-HRH |

PROCEEDINGS:   ORDER FROM CHAMBERS

Plaintiff has moved[1] for leave to have a real-time court reporter present for the oral argument on defendants' motion to dismiss, presently scheduled for 9:00 a.m. Alaska Daylight Time on Thursday, May 28, 2015.  The motion is granted.

The court expects that its real-time reporter will be available.  The court will not secure a contracted real-time reporter's presence.

---

[1]Docket No. 120.

Order from Chambers – Motion for Real-Time Court Reporter                                                     - 1 -