IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

PEBBLE LIMITED PARTNERSHIP, )
                             )
                  Plaintiff, )
                             )
       vs.                   )
                             )
ENVIRONMENTAL PROTECTION     )
AGENCY, et al.,              )
                             )   No. 3:14-cv-0171-HRH
                  Defendants.)
_____)

O R D E R

Case Status

The court is in receipt of the parties' respective statements of position with respect to ongoing proceedings before the EPA Inspector General. Both plaintiff and defendants have helped to clarify the nature of the Inspector General's proceedings: an evaluation as opposed to an investigation. Both plaintiff and defendants recommend that proceedings on defendants' motion to dismiss should proceed as scheduled.

The court perceives no reason why it should delay the motion to dismiss proceedings, and oral argument on that motion remains scheduled for May 28, 2015.

Dated at Anchorage, Alaska, this  18th  day of May, 2015.

/s/ H. Russel Holland
United States District Judge