```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA

                    PEBBLE LIMITED PARTNERSHIP   vs.
                  ENVIRONMENTAL PROTECTION AGENCY, et al
```

BEFORE THE HONORABLE  H.RUSSEL HOLLAND   CASE NO.  3:14-cv-00171-HRH

DEPUTY CLERK:           NANCY LEALAISALANOA

OFFICIAL REPORTER:   R. JOY STANCEL

APPEARANCES:   PLAINTIFF: THOMAS P. AMODIO
                          ANTHONY ADRIAN ONORATO
                          ROGER W. YOERGES

               DEFENDANT: BRAD P. ROSENBERG
                          RICHARD L. POMEROY
                          ROBIN F. THURSTON
                          LEAH A. BROWN

PROCEEDINGS: ORAL ARGUMENT ON MOTION TO DISMISS (DKT 96)
             HELD MAY 28, 2015
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:01 a.m. court convened.

Court and counsel heard re Motion to Dismiss (DKT 96).

Arguments heard.

Court and counsel heard re Motion to Dismiss (DKT 96), **matter taken UNDER ADVISEMENT,** written order to issue.

At 9:50 a.m. court adjourned.

DATE:      May 28, 2015         DEPUTY CLERK'S INITIALS:   NXL

(Revised 1-29-2015)