Thomas Amodio, Bar No. 8511142
REEVES AMODIO LLC
500 L Street, Suite 300
Anchorage, AK 99501
Telephone: (907) 222-7100
Facsimile: (907) 222-7199
*tom@reevesamodio.com*

Roger W. Yoerges (*pro hac vice*)
Linda Bailey (*pro hac vice*)
Timothy A. Work (*pro hac vice*)
Mark Murphy (*pro hac vice*)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036-1795
Telephone: (202) 429-3000
Facsimile: (202) 429-3902
*ryoerges@steptoe.com*
*lbailey@steptoe.com*
*twork@steptoe.com*
*mmurphy@steptoe.com*

Anthony A. Onorato (*pro hac vice*)
FISHER BROYLES LLP
445 Park Avenue, Ninth Floor
New York, NY 10022
Telephone: (202) 459-3599
Facsimile: (516) 706-9877
*tony.onorato@fisherbroyles.com*

*Attorneys for Plaintiff Pebble Limited Partnership*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PEBBLE LIMITED PARTNERSHIP, | |
| Plaintiff, | **STIPULATION REGARDING CONSENT TO SECOND AMENDED COMPLAINT** |
| vs. | |
| ENVIRONMENTAL PROTECTION AGENCY, *et al*., | **CIVIL ACTION NO. 3:14-cv-00171 HRH** |
| Defendants. | |

Defendants having consented in writing to Plaintiff's amending its First Amended Complaint to clarify Plaintiff's claim that the Bristol Bay Assessment Team is a federal advisory committee in its own right, the parties hereby stipulate, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, that Plaintiff Pebble Limited Partnership may amend its First Amended Complaint in accordance with the Rule. Accordingly, Plaintiff is contemporaneously filing its Second Amended Complaint with this Stipulation, revising paragraphs Nos. 116 and 117, adding new paragraph 195, and revising the associated headings of the pleading, respectively.

The numbers of the paragraphs of the First Amended Complaint that the Court has excused Defendants from answering have not been affected by Plaintiff's Second Amended Complaint. Moreover, this Stipulation does not affect (i) the Court's June 4, 2015, Order on Defendants' Motion to Dismiss, or (ii) the Court's Order of June 16, 2015, which requires that Defendants file their answer on or before August 17, 2015. (Dkt. Nos. 128, 130.)

STIPULATION REGARDING CONSENT TO SECOND AMENDED COMPLAINT
*Pebble Limited Partnership v. United States EPA, et al.*, No. 3:14-cv-00171 HRH
Page 1 of 2

Case 3:14-cv-00171-HRH   Document 132   Filed 07/07/15   Page 2 of 4

Dated July 7, 2015                    Respectfully submitted,

/s/ Thomas Amodio

Thomas Amodio, Bar No. 8511142
REEVES AMODIO LLC
500 L Street, Suite 300
Anchorage, AK 99501
Telephone: (907) 222-7100
Facsimile: (907) 222-7199
*tom@reevesamodio.com*

Roger W. Yoerges (*pro hac vice*)
Linda Bailey (*pro hac vice*)
Timothy A. Work (*pro hac vice*)
Mark Murphy (*pro hac vice*)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036-1795
Telephone: (202) 429-3000
Facsimile: (202) 429-3902
*ryoerges@steptoe.com*
*lbailey@steptoe.com*
*twork@steptoe.com*
*mmurphy@steptoe.com*

Anthony A. Onorato (*pro hac vice*)
FISHER BROYLES LLP
445 Park Avenue, Ninth Floor
New York, NY 10022
Telephone: (202) 459-3599
Facsimile: (516) 706-9877
*tony.onorato@fisherbroyles.com*

*Attorneys for Plaintiff Pebble Limited Partnership*

STIPULATION REGARDING CONSENT TO SECOND AMENDED COMPLAINT
*Pebble Limited Partnership v. United States EPA, et al.*, No. 3:14-cv-00171 HRH
Page 2 of 2

Case 3:14-cv-00171-HRH   Document 132   Filed 07/07/15   Page 3 of 4

**CERTIFICATE OF SERVICE**

I certify that on this 7th day of July, 2015, I electronically filed a copy of the foregoing using the CM/ECF system, which will electronically serve counsel for Defendants RICHARD L. POMEROY, STUART JUSTIN ROBINSON, BRAD P. ROSENBERG, and ROBIN F. THURSTON.

/s/  Timothy A. Work