BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
Civil Division
KAREN L. LOEFFLER
United States Attorney
District of Alaska
MARCIA BERMAN
Assistant Branch Director
Federal Programs Branch
BRAD P. ROSENBERG
ROBIN F. THURSTON
STUART J. ROBINSON
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20001
Phone:  (202) 514-3374
Email: brad.rosenberg@usdoj.gov
RICHARD L. POMEROY
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513
Telephone: (907) 271-5071

*Attorneys for Defendants*
*Environmental Protection Agency and*
*Administrator Gina McCarthy*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PEBBLE LIMITED PARTNERSHIP,<br><br>    Plaintiff,<br><br>  v.<br><br><br>ENVIRONMENTAL PROTECTION AGENCY and GINA MCCARTHY,<br><br>    Defendants. | Case No. 3:14-cv-00171-HRH<br><br><br>**JOINT MOTION TO ENTER PROTECTIVE ORDER** |

Pursuant to the Scheduling and Planning Order entered in this case (ECF 137), the parties respectfully request that the Court enter the attached proposed Protective Order. Pursuant to Section 3(b)(11) of the Privacy Act of 1974, 5 U.S.C. § 552a(b)(11), the proposed Protective Order sets forth procedures for handling potentially discoverable Privacy Act protected information located in Defendants' records. The proposed Protective Order also sets forth procedures for handling potentially discoverable trade secret or confidential business or financial information located in either party's records. It also establishes protections for privileged information consistent with Rule 502(d) of the Federal Rules of Evidence and sets forth procedures to protect personally identifiable information and non-responsive information contained in otherwise responsive documents. The parties agree that its entry would facilitate the orderly progress of discovery in this case and therefore respectfully request that the Court enter the attached proposed Protective Order.

| | |
|---|---|
| July 31, 2015 | Respectfully submitted, |
| KAREN L. LOEFFLER<br>United States Attorney<br>District of Alaska<br>RICHARD L. POMEROY<br>Assistant United States Attorney<br>District of Alaska Civil Division<br>BENJAMIN C. MIZER<br>Principal Deputy Assistant Attorney General<br>MARCIA BERMAN<br>Assistant Branch Director<br>Federal Programs Branch<br><br>/s/ Robin F. Thurston<br>BRAD P. ROSENBERG<br>(DC Bar No. 467513)<br>ROBIN F. THURSTON<br>(Illinois Bar No. 6293950)<br>STUART J. ROBINSON<br>(California Bar No. 267183) | /s/<br>Thomas Amodio, Bar No. 8511142<br>REEVES AMODIO LLC<br>500 L Street, Suite 300<br>Anchorage, AK 99501<br>Telephone: (907) 222-7100<br>Facsimile: (907) 222-7199<br>*tom@reevesamodio.com*<br><br>Roger W. Yoerges (*pro hac vice*)<br>Timothy A. Work (*pro hac vice*)<br>Mark Murphy (*pro hac vice*)<br>STEPTOE & JOHNSON LLP<br>1330 Connecticut Avenue, NW<br>Washington, DC 20036-1795<br>Telephone: (202) 429-3000<br>Facsimile: (202) 429-3902<br>*ryoerges@steptoe.com*<br>*twork@steptoe.com*<br>*mmurphy@steptoe.com* |

Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
Phone: (202) 514-3374 (Rosenberg)
Phone: (202) 616-8188 (Thurston)
Phone: (202) 514-9239 (Robinson)
Fax: (202) 616-8460
Email: brad.rosenberg@usdoj.gov
Email: robin.f.thurston@usdoj.gov
Email: stuart.j.robinson@usdoj.gov

Courier Address:
20 Massachusetts Ave., N.W.
Washington, DC 20001

Mailing Address:
P.O. Box 883
Washington, DC 20044
*Attorneys for Defendants*

Anthony A. Onorato (*pro hac vice*)
FISHER BROYLES LLP
445 Park Avenue, Ninth Floor
New York, NY 10022
Telephone: (202) 459-3599
Facsimile: (516) 706-9877
*tony.onorato@fisherbroyles.com*

*Attorneys for Plaintiff Pebble Limited Partnership*

<u>CERTIFICATE OF SERVICE</u>

  I certify that on JULY 31, 2015, I caused to be filed electronically the foregoing JOINT MOTION TO ENTER PROTECTIVE ORDER with the Clerk of Court using the Court's CM/ECF system, which sends a Notice of Electronic Filing to counsel of record.

            <u>/s/ Robin F. Thurston</u>
            ROBIN F. THURSTON

Pebble Ltd. Partnership v. EPA, No. 3:14-cv-00171-HRH              Page 4

Case 3:14-cv-00171-HRH   Document 140   Filed 07/31/15   Page 4 of 4