Thomas Amodio, Bar No. 8511142
REEVES AMODIO LLC
500 L Street, Suite 300
Anchorage, AK 99501
Telephone: (907) 222-7100
Facsimile: (907) 222-7199
*tom@reevesamodio.com*

Roger W. Yoerges (*pro hac vice*)
Errol R. Patterson (*pro hac vice*)
Brigida Benitez (*pro hac vice*)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036-1795
Telephone: (202) 429-3000
Facsimile: (202) 429-3902
*ryoerges@steptoe.com*
*epatters@steptoe.com*
*bbenitez@steptoe.com*

Anthony A. Onorato (*pro hac vice*)
FISHER BROYLES LLP
445 Park Avenue, Ninth Floor
New York, NY 10022
Telephone: (202) 459-3599
Facsimile: (516) 706-9877
*tony.onorato@fisherbroyles.com*

*Attorneys for Plaintiff Pebble Limited Partnership*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| PEBBLE LIMITED PARTNERSHIP,<br><br>Plaintiff,<br><br>vs.<br><br>ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>Defendants. | **PLAINTIFF'S MOTION TO COMPEL RESPONSES TO THIRD-PARTY SUBPOENAS UNDER FED. R. CIV. P. 45 TO ALASKA CONSERVATION FOUNDATION, SAM SNYDER, BRISTOL BAY REGIONAL SEAFOOD DEVELOPMENT ASSOCIATION, AND ROBERT WALDROP**<br><br>**CIVIL ACTION NO. 3:14-cv-00171-HRH** |

Plaintiff Pebble Limited Partnership ("Pebble"), by and through its undersigned counsel, respectfully moves the Court, pursuant to Rules 37 and 45 of the Federal Rules of Civil Procedure and Local Rule 37.1, for an Order compelling non-party witnesses Bob Waldrop ("Waldrop"), the Bristol Bay Regional Seafood Development Association ("BBRSDA"), the Alaska Conservation Foundation ("ACF"), and Sam Snyder ("Snyder") to produce within 30 days documents in response to Pebble's subpoenas to them. For the reasons stated more fully in Pebble's memorandum in support of this motion, including the exhibits attached thereto, all of which are submitted contemporaneously herewith and expressly incorporated herein by reference, the Court should compel these non-party witnesses to comply with Pebble's subpoenas and should grant the relief requested by Pebble, as set forth fully in Pebble's memorandum. A proposed order is attached.

Dated: September 8, 2015         Respectfully submitted,

/s/ Thomas Amodio
Thomas Amodio, Bar No. 8511142
REEVES AMODIO LLC
500 L Street, Suite 300
Anchorage, AK 99501
Telephone: (907) 222-7100
Facsimile: (907) 222-7199
*tom@reevesamodio.com*

Roger W. Yoerges (*pro hac vice*)
Errol R. Patterson (*pro hac vice*)
Brigida Benitez (*pro hac vice*)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036-1795
Telephone: (202) 429-3000
Facsimile: (202) 429-3902
*ryoerges@steptoe.com*
*epatters@steptoe.com*
*bbenitez@steptoe.com*

MOTION TO COMPEL RESPONSES TO THIRD-PARTY SUBPOENAS UNDER FED. R. CIV. P. 45 TO ALASKA CONSERVATION FOUNDATION, SAM SNYDER, BRISTOL BAY REGIONAL SEAFOOD DEVELOPMENT ASSOCIATION, AND ROBERT WALDROP
*Pebble Ltd. P'ship v. U.S. Envtl. Prot. Agency, et al.,* Case No. 3:14-cv-00171-HRH
Page 1

Anthony A. Onorato (*pro hac vice*)
FISHER BROYLES LLP
445 Park Avenue, Ninth Floor
New York, NY 10022
Telephone: (202) 459-3599
Facsimile: (516) 706-9877
*tony.onorato@fisherbroyles.com*

*Attorneys for Plaintiff Pebble Limited Partnership*

MOTION TO COMPEL RESPONSES TO THIRD-PARTY SUBPOENAS UNDER FED. R. CIV. P. 45 TO ALASKA CONSERVATION FOUNDATION, SAM SNYDER, BRISTOL BAY REGIONAL SEAFOOD DEVELOPMENT ASSOCIATION, AND ROBERT WALDROP
*Pebble Ltd. P'ship v. U.S. Envtl. Prot. Agency, et al.,* Case No. 3:14-cv-00171-HRH
Page 2
Case 3:14-cv-00171-HRH   Document 162   Filed 09/08/15   Page 3 of 7

Thomas Amodio, Bar No. 8511142
REEVES AMODIO LLC
500 L Street, Suite 300
Anchorage, AK 99501
Telephone: (907) 222-7100
Facsimile: (907) 222-7199
*tom@reevesamodio.com*

Roger W. Yoerges (*pro hac vice*)
Errol R. Patterson (*pro hac vice*)
Brigida Benitez (*pro hac vice*)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036-1795
Telephone: (202) 429-3000
Facsimile: (202) 429-3902
*ryoerges@steptoe.com*
*epatters@steptoe.com*
*bbenitez@steptoe.com*

Anthony A. Onorato (*pro hac vice*)
FISHER BROYLES LLP
445 Park Avenue, Ninth Floor
New York, NY 10022
Telephone: (202) 459-3599
Facsimile: (516) 706-9877
*tony.onorato@fisherbroyles.com*

*Attorneys for Plaintiff Pebble Limited Partnership*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| PEBBLE LIMITED PARTNERSHIP,<br><br>Plaintiff,<br><br>vs.<br><br>ENVIRONMENTAL PROTECTION AGENCY, *et al.*<br><br>Defendants._____ / | **GOOD FAITH CERTIFICATE**<br><br>**CIVIL ACTION NO.**<br>**3:14-cv-00171-HRH** |

MOTION TO COMPEL RESPONSES TO THIRD-PARTY SUBPOENAS UNDER FED. R. CIV. P. 45 TO ALASKA CONSERVATION FOUNDATION, SAM SNYDER, BRISTOL BAY REGIONAL SEAFOOD DEVELOPMENT ASSOCIATION, AND ROBERT WALDROP
*Pebble Ltd. P'ship v. U.S. Envtl. Prot. Agency, et al.,* Case No. 3:14-cv-00171-HRH
Page 3

All counsel certify that they have conferred in good faith to resolve the issues in question and that it is necessary to file the following motion: Plaintiff's Motion to Compel Responses to Third-Party Subpoenas Under Fed. R. Civ. P. 45 to Alaska Conservation Foundation, Sam Snyder, Bristol Bay Regional Seafood Development Association, and Robert Waldrop.

The motion is opposed by the non-moving parties.

The parties agree that oppositions to the motion and any reply are to be served and filed as provided in D.AK. LR 7.1.

Dated: September 8, 2015

Respectfully submitted,

/s/ Thomas Amodio

Thomas Amodio, Bar No. 8511142
REEVES AMODIO LLC
500 L Street, Suite 300
Anchorage, AK 99501
Telephone: (907) 222-7100
Facsimile: (907) 222-7199
*tom@reevesamodio.com*

Roger W. Yoerges (*pro hac vice*)
Errol R. Patterson (*pro hac vice*)
Brigida Benitez (*pro hac vice*)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036-1795
Telephone: (202) 429-3000
Facsimile: (202) 429-3902
*ryoerges@steptoe.com*
*epatters@steptoe.com*
*bbenitez@steptoe.com*

Anthony A. Onorato (*pro hac vice*)
FISHER BROYLES LLP
445 Park Avenue, Ninth Floor
New York, NY 10022
Telephone: (202) 459-3599
Facsimile: (516) 706-9877
*tony.onorato@fisherbroyles.com*

MOTION TO COMPEL RESPONSES TO THIRD-PARTY SUBPOENAS UNDER FED. R. CIV. P. 45 TO ALASKA CONSERVATION FOUNDATION, SAM SNYDER, BRISTOL BAY REGIONAL SEAFOOD DEVELOPMENT ASSOCIATION, AND ROBERT WALDROP
*Pebble Ltd. P'ship v. U.S. Envtl. Prot. Agency, et al.,* Case No. 3:14-cv-00171-HRH
Page 4

*Attorneys for Plaintiff Pebble Limited Partnership*

Jeff Feldman
SUMMIT LAW GROUP
815 D Street, Suite 200
Anchorage, Alaska 99501
907.229.1620
JeffF@summitlaw.com

*Attorneys for Alaska Conservation Foundation and Sam Snyder*

Joshua A. Levy
Cunningham Levy LLP
1250 Connecticut Avenue, NW
Washington, DC 20036
202.261.6564 (w)
jal@cunninghamlevy.com

*Attorneys for Bristol Bay Regional Seafood Development Association and Robert Waldrop*

MOTION TO COMPEL RESPONSES TO THIRD-PARTY SUBPOENAS UNDER FED. R. CIV. P. 45 TO ALASKA CONSERVATION FOUNDATION, SAM SNYDER, BRISTOL BAY REGIONAL SEAFOOD DEVELOPMENT ASSOCIATION, AND ROBERT WALDROP
*Pebble Ltd. P'ship v. U.S. Envtl. Prot. Agency, et al.,* Case No. 3:14-cv-00171-HRH
Page 5

**CERTIFICATE OF SERVICE**

I certify that on this 8th day of September 2015, I electronically filed a copy of the foregoing **PLAINTIFF'S MOTION TO COMPEL RESPONSES TO THIRD-PARTY SUBPOENAS UNDER FED. R. CIV. P. 45 TO ALASKA CONSERVATION FOUNDATION, SAM SNYDER, BRISTOL BAY REGIONAL SEAFOOD DEVELOPMENT ASSOCIATION, AND ROBERT WALDROP** using the CM/ECF system, which will electronically serve counsel for Defendants **RICHARD L. POMEROY**, **STUART JUSTIN ROBINSON**, **BRAD P. ROSENBERG**, and **ROBIN F. THURSTON,** and counsel for non-party witnesses **JEFFREY M. FELDMAN** and **CHESTER DEMOTT GILMORE.**

And I certify that a copy of the foregoing was served by regular U.S. mail on:

JOSHUA A. LEVY
Cunningham Levy LLP
1250 Connecticut Ave., # 200
Washington, D.C. 20036

*Counsel for Robert Waldrop and*
*Bristol Bay Regional Seafood Development Association*


/s/ Mark F. Murphy
Mark F. Murphy

MOTION TO COMPEL RESPONSES TO THIRD-PARTY SUBPOENAS UNDER FED. R. CIV. P. 45 TO ALASKA CONSERVATION FOUNDATION, SAM SNYDER, BRISTOL BAY REGIONAL SEAFOOD DEVELOPMENT ASSOCIATION, AND ROBERT WALDROP
*Pebble Ltd. P'ship v. U.S. Envtl. Prot. Agency, et al.,* Case No. 3:14-cv-00171-HRH
Page 6

Case 3:14-cv-00171-HRH   Document 162   Filed 09/08/15   Page 7 of 7