Michelle Sinnott (AK Bar. No. 1506049)
Brian Litmans (AK Bar No. 0111068)
Valerie Brown (AK Bar No. 9712099)
TRUSTEES FOR ALASKA
1026 W. Fourth Avenue, Suite 201
Anchorage, AK 99501
Phone: (907) 276-4244
msinnott@trustees.org
vbrown@trustees.org
blitmans@trustees.org

*Attorneys for Tim Troll*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PEBBLE LIMITED PARTNERSHIP,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 3:14-cv-00171-HRH<br><br>**NON-PARTY TIM TROLL'S REQUEST FOR ORAL ARGUMENT ON MOTION TO QUASH** |

Pursuant to Local Rule 7.2(a), Non-Party Tim Troll respectfully requests that oral argument be held on Mr. Troll's Motion to Quash (Dkt. No. 169).

Respectfully submitted this 26th day of October, 2015.

　　　　　　　　　　　　　　　　　　　*/s/ Michelle Sinnott*
　　　　　　　　　　　　　　　　　　Michelle Sinnott (AK Bar No. 1506049)
　　　　　　　　　　　　　　　　　　Valerie Brown (AK Bar No. 971299)
　　　　　　　　　　　　　　　　　　Brian Litmans (AK Bar No. 0111068)

Non-Party Tim Troll's Request for Oral Argument on Mot. to Quash　　　　　　　　　　Page 1
*Pebble Limited Partnership v. EPA*, Case No. 3:14-cv-00171-HRH

Case 3:14-cv-00171-HRH　　Document 198　　Filed 10/26/15　　Page 1 of 3

TRUSTEES FOR ALASKA
1026 W. Fourth Avenue, Suite 201
Anchorage, AK 99501
Phone: (907) 276-4244
msinnott@trustees.org
vbrown@trustees.org
blitmans@trustees.org

*Attorneys for Tim Troll*

Non-Party Tim Troll's Request for Oral Argument on Mot. to Quash     Page 2
*Pebble Limited Partnership v. EPA*, Case No. 3:14-cv-00171-HRH

Case 3:14-cv-00171-HRH    Document 198    Filed 10/26/15    Page 2 of 3

**CERTIFICATE OF SERVICE**

I certify that on October 26, 2015, I caused a copy of **NON-PARTY TIM TROLL'S REQUEST FOR ORAL ARGUMENT ON MOTION TO QUASH** to be electronically filed with the Clerk of the Court for the U.S. District Court of Alaska using the CM/ECF system, which will send electronic notification of such filings to the attorneys of record in this case, all of whom are registered with the CM/ECF system.

       /s/     Michelle Sinnott
Michelle Sinnott