# EXHIBIT 7

Message

**From**: John Kober [john@pacificrivers.org]
**Sent**: 8/24/2015 4:24:14 PM
**To**: Patterson, Errol [/O=SJ/OU=SJUS1/cn=Recipients/cn=DD35D77D]
**Subject**: Fwd: Bristol Bay, EPA, and media

**John Kober** | **Pacific Rivers Council**
317 SW Alder Street, Suite 900
Portland, Oregon 97204
Office: **503.228.3555** | Mobile: **503.915.6677**



**Connect with us**

Begin forwarded message:

**From:** Chris Frissell <chris@pacificrivers.org>
**Subject: Re: Bristol Bay, EPA, and media**
**Date:** October 27, 2011 at 5:09:37 PM PDT
**To:** John Kober <john@pacificrivers.org>

John: Looks like EPA is ironing this out internally, and it's going to be a go, based on a productive call I had this morning with EPA R10's Asst. Director Rick Parkin and R10's media communications director.  Both really good people I think.  I'll keep you up to date.

Chris

On Oct 27, 2011, at 9:44 AM, John Kober wrote:

As long as you stick to the science, which I know you would, I don't see how you would be jeopardizing EPAs position.

Sent from my iPad

On Oct 26, 2011, at 8:20 AM, Chris Frissell <chris@pacificrivers.org> wrote:

John fyi I've been asked by a reporter for PBS Frontline for a on-camera interview as a independent scientist to speak to mining impacts, salmon conservation, and Pebble Mine's potential impact. I told him I would check with EPA as a courtesy, and that I would under no circumstances speak to anything related specifically to EPA's process or analysis. EPA is in a tizzy about it, trying to decide whether let me (and other consultants) do it or tell us not to, full well knowing they don't have anything in writing that would preclude me (and the others) from doing it. So there is a lot of back and forth ongoing. I certainly don't want to jeopardize EPA's process or future contracts, but on the other hand I think they may be shooting themselves and Bristol Bay in the foot, and risk looking bad in the media for "muzzling" sources, when it's frankly not necessary. In fact it's something of a pipe dream on EPA's part that they can control media spin themselves. Right now they are all over the map on this internally, and EPA is notorious for poor judgement about media communications. so no telling where this will sort out. In response to a query, I did say I'd submit to advance coaching by EPA's communications people if they want that.

I have told them if they ask for any kind of voluntary gag order, it must sunset in a reasonable time frame, and I reminded them my present contract is over as of November.

Advice welcome. I'll be in and out of phone service today.

Chris

Chris Frissell, MS, PhD

Director of Science and Conservation, Pacific Rivers Council

PMB 219, 48901 Hwy 93. Suite A, Polson, MT 59860

email: chris@pacificrivers.org

Phone 406-883-1503     Fax 406-883-1504          www.pacificrivers.org


~*~

"Work hard. Always remember to Stop for a Red Flag Waving. But most of all, Stay on the Rails No Matter What."

--Tootle

Chris Frissell, MS, PhD

Director of Science and Conservation, Pacific Rivers Council

PMB 219, 48901 Hwy 93. Suite A, Polson, MT 59860

email: chris@pacificrivers.org

Phone 406-883-1503     Fax 406-883-1504          www.pacificrivers.org

~*~

"Work hard. Always remember to Stop for a Red Flag Waving. But most of all, Stay on the Rails No Matter What."

--Tootle