IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

PEBBLE LIMITED PARTNERSHIP v. ENVIRONMENTAL PROTECTION AGENCY

JUDGE H. RUSSEL HOLLAND          CASE NO.     3:14-cv-0171-HRH

PROCEEDINGS:   ORDER FROM CHAMBERS

By order of November 18, 2015,[1] the court granted motions to quash document subpoenas obtained by plaintiff and served upon non-parties. Thereafter, the court received a series of responses with respect to this order from both plaintiff and defendants.[2] The court's November 18 order did not call for or suggest the need for a "response" from the parties, and the responses do not seek any action by the court. Accordingly, the court will take no action with respect to these responses.

---

[1]Docket No. 200.

[2]Docket Nos. 202, 207, and 211.

Order from Chambers – Parties' Responses                                                    - 1 -