BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
Civil Division
KAREN L. LOEFFLER
United States Attorney
District of Alaska
MARCIA BERMAN
Assistant Branch Director
BRAD P. ROSENBERG
ROBIN F. THURSTON
STUART J. ROBINSON
ALICE S. LACOUR
Trial Attorneys
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Phone:  (202) 514-3374
Email: brad.rosenberg@usdoj.gov
RICHARD L. POMEROY
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Ave., #9
Anchorage, AK  99513
Phone: (907) 271-5071

*Attorneys for Defendants*
*Environmental Protection Agency and*
*Administrator Gina McCarthy*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PEBBLE LIMITED PARTNERSHIP,<br><br>    Plaintiff,<br><br>    v.<br><br>ENVIRONMENTAL PROTECTION AGENCY and GINA MCCARTHY,<br><br>    Defendants. | Case No. 3:14-cv-00171-HRH<br><br>**JOINT MOTION TO AMEND PROTECTIVE ORDER** |

1.  Plaintiff and Defendants respectfully move for a second amendment to the Protective Order entered in this case.[1] The parties have included paragraph 5 in this Second Amended Protective Order to address the designation of confidential material during depositions. This paragraph was included in the original Protective Order entered August 7, 2015,[2] but was inadvertently excluded in the First Amended Protective Order. The parties became aware of this omission during the course of depositions.

2.  Any material designated as Confidential Information under previous protective orders should be construed as having the same designation under this Second Amended Protective Order. Such previously designated Confidential Information shall be treated in accordance with the terms and provisions of this Second Amended Protective Order, as though it had been designated as Confidential Information pursuant to this Protective Order. Individuals who have signed the Acknowledgement and Agreement to be Bound contained in previous Protective Orders shall continue to be bound by the provisions of those Protective Orders.

3.  Attached as Exhibit 1 is a redline of the current First Amended Protective Order, showing the amendments that the parties jointly propose. Attached as Exhibit 2 is the Second Amended Protective Order (with redlines accepted), also including Attachment A.

## Conclusion

The parties respectfully request that the Court enter the attached proposed Second Amended Protective Order.

---

[1] Dkt. 205.

[2] Dkt. 143.

| May 12, 2016 | Respectfully submitted, |
|---|---|
| KAREN L. LOEFFLER<br>United States Attorney<br>District of Alaska | BENJAMIN C. MIZER<br>Principal Deputy Assistant Attorney General<br>Civil Division |
| RICHARD L. POMEROY<br>Assistant United States Attorney<br>District of Alaska | MARCIA BERMAN<br>Assistant Branch Director<br>Federal Programs Branch |
| | /s/ Brad P. Rosenberg<br>BRAD P. ROSENBERG<br>(DC Bar No. 467513)<br>ROBIN F. THURSTON<br>(Illinois Bar No. 6293950)<br>STUART J. ROBINSON<br>(California Bar No. 267183)<br>ALICE S. LACOUR<br>(Texas Bar No. 24083839)<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>Phone: (202) 514-3374 (Rosenberg)<br>Phone: (202) 616-8188 (Thurston)<br>Phone: (202) 514-9239 (Robinson)<br>Phone: (202) 514-3489 (LaCour)<br>Fax: (202) 616-8460<br>Email: brad.rosenberg@usdoj.gov<br>Email: robin.f.thurston@usdoj.gov<br>Email: stuart.j.robinson@usdoj.gov<br>Email: alice.s.lacour@usdoj.gov<br><br>Courier Address:<br>20 Massachusetts Ave., N.W.<br>Washington, DC 20530<br><br>Mailing Address:<br>P.O. Box 883<br>Washington, DC 20044<br><br>*Attorneys for Defendants*<br>*Environmental Protection Agency and*<br>*Administrator Gina McCarthy* |

CERTIFICATE OF SERVICE

    I certify that on May 12, 2016, I caused to be filed electronically the foregoing JOINT MOTION TO AMEND PROTECTIVE ORDER with the Clerk of Court using the Court's CM/ECF system, which sends a Notice of Electronic Filing to counsel of record.

/s/ Brad P. Rosenberg
BRAD P. ROSENBERG