IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PEBBLE LIMITED PARTNERSHIP    v. | UNITED STATES ENVIRONMENTAL PROTECTION AGENCY |
| JUDGE H. RUSSEL HOLLAND | CASE NO.    3:14-cv-0171-HRH |

PROCEEDINGS:    ORDER FROM CHAMBERS

The parties' *Joint Motion to Amend the Scheduling and Planning Order*,[1] filed September 15, 2016, is granted. The close of discovery is extended to October 13, 2016.

---

[1] Docket No. 266.

Order from Chambers – Extension of Discovery Deadline                          - 1 -