# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

PEBBLE LIMITED PARTNERSHIP,

     Plaintiff,

     v.

ENVIRONMENTAL PROTECTION
AGENCY and GINA MCCARTHY,

     Defendants.

Case No. 3:14-cv-00171-HRH

**[PROPOSED] ORDER AMENDING THE
SCHEDULING AND PLANNING
ORDER**

The parties have jointly moved to modify the Scheduling and Planning Order,[1] as modified by an Order Amending the Scheduling and Planning Order[2] and a subsequent Order from Chambers.[3]  For good cause shown, the parties' joint motion shall be, and it hereby is, GRANTED.

The Court's Scheduling and Planning Order is hereby amended as follows, with new deadlines appearing in the "New Deadline" column below:

| Description of Event | New Deadline |
| --- | --- |
| Deadline for Filing of Motion Regarding Proposed Depositions of Current and Former EPA Administrators | November 9, 2016 |
| Defendants' Expert Disclosures Due (including witnesses who do not provide a written report pursuant to Rule 26(a)(2)(C)) | November 10, 2016 |

[1]    Dkt. No. 137.

[2]    Dkt. No. 237.

[3]    Dkt. No. 267.

| | |
|---|---|
| Deadline to Supplement Disclosures Pursuant to Rule 26(e) | As new information is acquired, but not later than December 2, 2016 |
| Deadline for Opposition to Motion Regarding Proposed Depositions of Current and Former EPA Administrators | December 7, 2016 |
| Deadline for Reply in Support of Motion Regarding Proposed Depositions of Current and Former EPA Administrators | December 21, 2016 |
| Plaintiff's Expert Rebuttal Reports Due (including witnesses who do not provide a written report pursuant to Rule 26(a)(2)(C)) | December 23, 2016 |
| Deadline for Plaintiff to Identify Topics for Rule 30(b)(6) Deposition (with no such depositions to take place before February 28, 2017) | December 23, 2016 |
| Final Lay Witness List Due | January 27, 2017 |
| Defendants' Expert Rebuttal Reports Due (including witnesses who do not provide a written report pursuant to Rule 26(a)(2)(C)) | February 17, 2017 |
| Final Expert Witness List Due | February 24, 2017 |
| Deadline for Completion of Depositions (excluding Expert Witnesses and Rule 30(b)(6) Depositions) | February 24, 2017 |
| Deadline for Defendants to Identify Topics for Rule 30(b)(6) Deposition | February 24, 2017 |
| Deadline to File Motions Under the Discovery Rules | February 28, 2017 |
| Completion of Expert and Rule 30(b)(6) Depositions and Overall Close of Discovery | March 31, 2017 |
| Submission of Dispositive Motion Briefing Schedule | April 7, 2017 |

The parties may further modify the deadlines set forth above by mutual agreement, so long as any such modifications do not extend the overall discovery window beyond March 31, 2017. All other provisions of and deadlines contained in the Scheduling and Planning Order (as previously modified) not specifically addressed above remain in effect.

Case 3:14-cv-00171-HRH   Document 268-1   Filed 10/13/16   Page 2 of 3

**SO ORDERED.**

Dated this __ day of _____, 2016.

_____
H. Russel Holland
United States District Judge