IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

PEBBLE LIMITED PARTNERSHIP, )
)
                                    Plaintiff, )
)
    vs. )
)
ENVIRONMENTAL PROTECTION )
AGENCY, et al., )
)   No. 3:14-cv-0171-HRH
                               Defendants. )
_____)


FURTHER AMENDMENT TO
SCHEDULING AND PLANNING ORDER

The parties have filed a *Joint Motion to Amend the Scheduling and Planning Order*.[1] This motion was discussed at a case status conference with counsel on October 28, 2016. The joint motion is approved, and the following deadlines are adopted:

| Description of Event | New Deadline |
|---|---|
| Deadline for Filing of Motion Regarding Proposed Depositions of Current and Former EPA Administrators | November 9, 2016 |
| Defendants' Expert Disclosures Due (including witnesses who do not provide a written report pursuant to Rule 26(a)(2)(C)) | November 10, 2016 |
| Deadline to Supplement Disclosures Pursuant to Rule 26(e) | As new information is acquired but not later than December 2, 2016 |

---

[1]Docket No. 268.

| | |
|---|---|
| Deadline for Opposition to Motion Regarding Proposed Depositions of Current and Former EPA Administrators | December 7, 2016 |
| Deadline for Reply in Support of Motion` Regarding Proposed Depositions of Current and Former EPA Administrators | December 21, 2016 |
| Plaintiff's Expert Rebuttal Reports Due (including witnesses who do not provide a written report pursuant to Rule 26(a)(2)(C)) | December 23, 2016 |
| Deadline for Plaintiff to Identify Topics for Rule 30(b)(6) Deposition (with no such depositions to take place before February 28, 2017) | December 23, 2016 |
| Final Lay Witness List Due | January 27, 2017 |
| Defendants' Expert Rebuttal Reports Due (including witnesses who do not provide a written report pursuant to Rule 26(a)(2)(C)) | December 23, 2016 |
| Final Expert Witness List Due | February 24, 2017 |
| Deadline for Completion of Depositions (excluding Expert Witnesses and Rule 30(b)(6) Depositions) | December 23, 2016 |
| Deadline for Defendants to Identify Topics for Rule 30(b)(6) Deposition | December 23, 2016 |
| Deadline to File Motions Under the Discovery Rules | December 23, 2016 |
| Completion of Expert and Rule 30(b)(6) Depositions and Overall Close of Discovery | December 23, 2016 |

This case was commenced by the filing of a complaint on September 3, 2014, and the case scheduling has been generous. The court urges the parties to adhere to the above revised schedule to avoid any further delay; however, the parties may further modify the deadlines set forth above by mutual agreement so long as any such modifications are

promptly reported to the court and do not extend the discovery window beyond March 31, 2017. All discovery closes March 31, 2017.

The filing of dispositive motions shall be the subject of a briefing schedule to be proposed to the court on or before December 23, 2016. All other provisions of and deadlines contained in the court's scheduling and planning order (as previously modified) not specifically addressed above remain in effect.

The parties are considering engaging a mediator to assist them in resolving various outstanding issues. The parties will please keep the court informed if and when a mediation is scheduled and the results of any mediation.

Dated at Anchorage, Alaska, this  28th  day of October, 2016.

/s/ H. Russel Holland
United States District Judge