BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
Civil Division
KAREN L. LOEFFLER
United States Attorney
District of Alaska
MARCIA BERMAN
Assistant Branch Director
BRAD P. ROSENBERG
ROBIN F. THURSTON
STUART J. ROBINSON
ALICE S. LACOUR
ADAM D. KIRSCHNER
Trial Attorneys
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
Phone: (202) 514-3374
Email: brad.rosenberg@usdoj.gov
RICHARD L. POMEROY
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Ave., #9
Anchorage, AK 99513
Phone: (907) 271-5071

*Attorneys for Defendants Environmental Protection Agency and
Administrator Gina McCarthy*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PEBBLE LIMITED PARTNERSHIP, | Case No. 3:14-cv-00171-HRH |
| Plaintiff, | |
| v. | **JOINT MOTION TO STAY PROCEEDINGS** |
| ENVIRONMENTAL PROTECTION AGENCY and GINA MCCARTHY, | |
| Defendants. | |

1. For the reasons stated in this motion, the parties jointly move to stay proceedings in this action until March 20, 2017, and to provide a joint submission on that date proposing how the parties would intend to move forward in this case.

2. The parties have conferred since early August on ways to resolve this case. *See, e.g.,* ECF No. 266 ¶ 3. The parties jointly submit that a brief stay of any further litigation in this Court would serve judicial efficiency and economy so that the parties may continue to pursue ways to resolve this case without the press of litigation, including through the continued exploration of mediation. In the meantime, this Court's preliminary injunction of November 25, 2014, would remain in effect for the duration of any stay.

3. This Court has the authority to issue a stay of proceedings: "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes of its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254-55 (1936). Accordingly, the parties respectfully submit that further proceedings on the merits of this case, including the submission of a schedule for resolving the merits, should be stayed until March 20, 2017.

December 30, 2016                    Respectfully submitted,

                                                 /s/ Roger W. Yoerges
                                                 Thomas Amodio, Bar No. 8511142
                                                 REEVES AMODIO LLC
                                                 500 L Street, Suite 300
                                                 Anchorage, AK 99501
                                                 Telephone: (907) 222-7100
                                                 Facsimile: (907) 222-7190
                                                 *tom@reevesamodio.com*

                                                 *Of Counsel*:

                                                 Roger W. Yoerges
                                                 Patricia B. Palacios
                                                 Mark F. Murphy
                                                 STEPTOE & JOHNSON LLP
                                                 1330 Connecticut Avenue, NW
                                                 Washington, DC 20036
                                                 Telephone: (202) 429-3000
                                                 Facsimile: (202) 429-3901
                                                 *ryoerges@steptoe.com*
                                                 *ppalacios@steptoe.com*
                                                 *mmurphy@steptoe.com*

                                                 *Attorneys for Plaintiff Pebble Limited Partnership*

| | |
|---|---|
| KAREN L. LOEFFLER | BENJAMIN C. MIZER |
| United States Attorney | Principal Deputy Assistant Attorney General |
| District of Alaska | Civil Division |
| | |
| RICHARD L. POMEROY | MARCIA BERMAN |
| Assistant United States Attorney | Assistant Branch Director |
| District of Alaska | Federal Programs Branch |
| | |
| | /s/ Brad P. Rosenberg |
| | BRAD P. ROSENBERG |
| | (DC Bar No. 467513) |
| | ROBIN F. THURSTON |
| | STUART J. ROBINSON |
| | ALICE S. LACOUR |
| | ADAM D. KIRSCHNER |

Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
Phone: (202) 514-3374
Fax: (202) 616-8460
Email: brad.rosenberg@usdoj.gov

Courier Address:
20 Massachusetts Ave., N.W.
Washington, DC 20530

Mailing Address:
P.O. Box 883
Washington, DC 20044

*Attorneys for Defendants
Environmental Protection Agency and
Administrator Gina McCarthy*

CERTIFICATE OF SERVICE

      I certify that on December 30, 2016, I caused to be filed electronically the foregoing JOINT MOTION TO STAY PROCEEDINGS with the Clerk of Court using the Court's CM/ECF system, which sends a Notice of Electronic Filing to counsel of record.

                          /s/ Brad P. Rosenberg
                          BRAD P. ROSENBERG