IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| PEBBLE LIMITED PARTNERSHIP | v. | ENVIRONMENTAL PROTECTION AGENCY and SCOTT PRUITT |
| JUDGE H. RUSSEL HOLLAND | | CASE NO. 3:14-cv-0171-HRH |

PROCEEDINGS: ORDER FROM CHAMBERS

The parties' *Joint Motion to Extend Stay of Proceedings*,[1] filed March 20, 2017, is granted, and proceedings in this case are stayed until May 4, 2017. The parties shall meet and confer and file with the court an agreed-upon (to the extent possible) schedule for the resolution of this case no later than May 4, 2017.

SO ORDERED.

---

[1] Docket No. 295.

Order from Chambers – Motion to Extend Stay - 1 -