IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

<u>PEBBLE LIMITED PARTNERSHIP</u>     v.     <u>ENVIRONMENTAL PROTECTION AGENCY and SCOTT PRUITT</u>

JUDGE H. RUSSEL HOLLAND     CASE NO.     <u>3:14-cv-0171-HRH</u>

PROCEEDINGS:     ORDER FROM CHAMBERS

The parties' *Joint Motion to Extend Stay of Proceedings*,[1] filed May 4, 2017, is granted. Proceedings in this case are stayed until May 11, 2017.

---

[1] Docket No. 297.

Order from Chambers – Motion to Extend Stay     - 1 -